UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA BOWER, )<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>COVINGTON FOODS, INC. d/b/a ATTICA )<br>IGA, )<br>  Defendant. ) | 1:10-cv-790-LJM-DKL |

## ENTRY OF JUDGMENT

Through an Order dated March 30, 2012, the Court granted summary judgment in favor of the defendant, Covington Foods, Inc. d/b/a Attica IGA, and against the plaintiff, Cynthia Bower. Plaintiff shall take nothing by way of her Complaint. Judgment is entered accordingly.

DATED this 30th day of March, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
  Deputy Clerk

Distribution attached.

Distribution to:

Terry W. Dawson
BARNES & THORNBURG LLP
terry.dawson@btlaw.com

Andrew Dutkanych III
BIESECKER DUTKANYCH & MACER LLC
ad@bdlegal.com