UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                         INDIANAPOLIS DIVISION


CYNTHIA BOWER,                       )
         Plaintiff,                  )
                                     )
     vs.                             )        1:10-cv-790-LJM-DKL
                                     )
COVINGTON FOODS, INC. d/b/a ATTICA   )
IGA,                                 )
         Defendant.                  )


                         **ENTRY OF JUDGMENT**

   Through an Order dated March 30, 2012, the Court granted summary judgment in

favor of the defendant, Covington Foods, Inc. d/b/a Attica IGA, and against the plaintiff,

Cynthia Bower. Plaintiff shall take nothing by way of her Complaint. Judgment is entered

accordingly.

   DATED this 30th day of March, 2012.


                                              _____
                                              LARRY J. McKINNEY, JUDGE
                                              United States District Court
                                              Southern District of Indiana


LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana


By: _____
       Deputy Clerk



Distribution attached.

Distribution to:

Terry W. Dawson
BARNES & THORNBURG LLP
terry.dawson@btlaw.com

Andrew Dutkanych III
BIESECKER DUTKANYCH & MACER LLC
ad@bdlegal.com